In the Matter of the Claim of MILDRED CULLEN, Respondent, against BOARD OF EDUCATION OF CITY OF WATERVLIET et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ., concur.